Polizzi v Gambacorta (2025 NY Slip Op 06447)

Polizzi v Gambacorta

2025 NY Slip Op 06447

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ.

790 CA 24-01300

[*1]MICHELLE POLIZZI AND ANTHONY POLIZZI, PLAINTIFFS-RESPONDENTS,
v
EMANUEL GAMBACORTA, D.D.S., P.C., DOING BUSINESS AS GAMBACORTA DENTAL ASSOCIATES, DEFENDANT, AND MICHAEL LAMASTRA, D.D.S., DEFENDANT-APPELLANT. 

GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (AMANDA C. ROSSI OF COUNSEL), FOR DEFENDANT-APPELLANT. 
BROWN CHIARI LLP, BUFFALO (ANDREA N. CONJERTI OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Erie County (Mark J. Grisanti, A.J.), entered July 10, 2024. The order, insofar as appealed from, denied in part the motion of defendant Michael LaMastra, D.D.S., for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 29, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: November 21, 2025
Ann Dillon Flynn
Clerk of the Court